UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GREGORY DRAYTON** ) | **CIVIL ACTION** |
|     **Plaintiff** ) | |
| ) | **COMPLAINT** |
| **v.** ) | |
| ) | |
| **LAW OFFICE OF DALE C. ROBERSON, LLC** ) | |
|     **Defendant** ) | **JANUARY 14, 2008** |
| ) | |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer abused by Defendant in violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

### II. PARTIES

2. The plaintiff, Gregory Drayton, is a natural person residing in Hartford, Connecticut.

3. The defendant, Law Office of Dale C. Roberson, LLC ("Roberson"), is a Connecticut Limited Liability Company and a law firm engaged in the practice of collecting debts.

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Roberson because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident and the acts complained of occurred in this state.

### IV. FACTUAL ALLEGATIONS

7. On April 24, 2007, Plaintiff filed an arbitration claim against Source One Financial Corporation ("Source One").

8. On June 22, 2007, Roberson, as counsel for Source One, filed an arbitration counterclaim which stated that Plaintiff failed to make timely payments and owed a deficiency balance to Source One.

9. The same counterclaim also stated, "[t]here currently is a deficiency claim against the [plaintiff], and in favor of [Roberson's client], implying that Plaintiff's vehicle had been repossessed.

10. At the time these statements were filed, Plaintiff was current on all payments and was in possession of the vehicle in question.

11. Roberson failed to perform a reasonable investigation prior to asserting a collection action against Plaintiff.

## V.  CLAIMS FOR RELIEF

### CAUSE OF ACTION
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

12. Paragraphs 1-9 are herein incorporated.

13. Roberson violated the Fair Debt Collection Practice Act, 15 U.S.C. § 1692e(2)(A), by falsely alleging Plaintiff's payments were past due and that there was a deficiency claim against Plaintiff in favor of Roberson's client when in fact Plaintiff's payments were current and no deficiency existed.

14. Roberson violated FDCPA §§ 1692e and f by failing to perform a reasonable investigation prior to asserting a collection action against Plaintiff.

15. For Roberson's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover his actual damages (including emotional distress), statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiffs seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, GREGORY DRAYTON

By: _____
Daniel S. Blinn, ct02128
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457